UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMIE J. JACKSON,

    Plaintiff,

v.

    File no: 1:08-CV-800

    HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
                         /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

The decision by the Commissioner of Social Security is hereby **AFFIRMED**.


Date:   July 27, 2009                                 /s/ Robert Holmes Bell
                                                               ROBERT HOLMES BELL
                                                               UNITED STATES DISTRICT JUDGE